FILED
December 11, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Christian Rodriguez__
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA,
   Plaintiff,

v.

JAMES WESLEY BURGER,
   Defendant.

No. 1:25-cr-332-ADA

## NOTICE OF APPEAL

The United States appeals to the United States Court of Appeals for the Fifth Circuit from this Court's order of December 4, 2025 (ECF No. 83), denying the United States' motion for a detention or bond hearing and granting Defendant James Wesley Burger's motion for release pending government appeal.

Respectfully submitted,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By:   */s/ Mark T. Roomberg*
MARK T. ROOMBERG
Texas Bar No. 24062266
KEITH HENNEKE
Texas Bar No. 24054497
Assistant United States Attorneys
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7100

## Certificate of Service

    I certify that on December 11, 2025, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

                                          */s/ Mark T. Roomberg*
                                          MARK T. ROOMBERG
                                          Assistant United States Attorney